UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HOSEA LATRON SWOPES, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:20-cv-01126-RLW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of movant Hosea Latron Swopes for an extension of time to file a response to the Court's November 17, 2020 show cause order. (Docket No. 5). In the motion, movant states that he has not been able to file a proper response due to his institution's lockdown status, which has been necessitated by COVID-19. Good cause being shown, the motion will be granted. Movant shall be given an additional forty-five (45) days from the date of this order in which to submit a response.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for an extension of time to file his show cause response (Docket No. 5) is **GRANTED**.

**IT IS FURTHER ORDERED** that movant shall have **forty-five (45) days** from the date of this order in which to file a response to the Court's November 17, 2020 order to show cause.

**IT IS FURTHER ORDERED** that failure to comply with this order will result in the denial and dismissal of this motion without further proceedings and without further notice.

Dated this 12th day of January, 2021.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE